1    *Name:* Hong Gan
2    *Address:* 1919 Twin Ave
3    San Gabriel, CA 91776
4    *Phone:* 626 235 9275
5    Plaintiff In Pro Per

6

7          **UNITED STATES DISTRICT COURT**
8          **CENTRAL DISTRICT OF CALIFORNIA**

9                  **CV19-8849- JAK (SSx)**

10    Hong Gan      , )   **Case No.:**
                                (To be supplied by the Clerk)
11       **PLAINTIFF,**    )   **COMPLAINT FOR:**
12    **vs.**            )   Civil Rights; Personal Injury
13    Donald Trump     )
14                       )
15                       )
16                       )
17                       )   **Jury Trial Demanded**
18       **DEFENDANT(S).**    )
19

20
                  **I. JURISDICTION**
21

22      1. This Court has jurisdiction under _____
23   _____
24   _____
25   _____
26   _____
27   _____
28   _____

1
2

## II. VENUE

3      2.  Venue is proper pursuant to _____
4      _____
5      _____
6      _____
7

8
9

## III. PARTIES

10
11
12     3.   Plaintiff's name is ____Hong  Gan_____. Plaintiff resides
13     at: ___1919 Twin Ave, San Gabriel, CA 91776_____
14     _____
15     _____
16     _____
17
18     4.  Defendant ___Donald Trump_____
19     _____
20     _____
21     _____
22     _____
23
24     5.  Defendant _____
25     _____
26     _____
27     _____
28     _____

Pro Se Clinic Form

1    ___.   Defendant _____
2         *Insert ¶ #*
3    _____
4    _____
5    _____
6    _____
7
8    ___.   Defendant _____
9         *Insert ¶ #*
10   _____
11   _____
12   _____
13   _____
14
15   ___.   Defendant _____
16        *Insert ¶ #*
17   _____
18   _____
19   _____
20   _____
21
22   ___.   Defendant _____
23        *Insert ¶ #*
24   _____
25   _____
26   _____
27   _____
28

1

## IV. STATEMENT OF FACTS

2

3   *Insert ¶ #*   On 10/3/19 Donald Trump deployed an remote/invisible

4   weapon removed my left top inner Molar tooth. The

5   said invisible weapon was not known and disclosed to

6   the general Public

7

8

9

10

11

12   *Insert ¶ #*   Recently, approximately starting September, my

13   cell phone was crippled by Donald Trump. Almost

14   every day my cell phone was powered off and

15   then restarted and was powered off. This episode

16   went on numerous times. Only occasionally recently

17   the cell phone functions but it has to be connected

18   to the electricity; otherwise cell phone went out of battery

19

20

21   *Insert ¶ #*

22

23

24

25

26

27

28

Pro Se Clinic Form

1

2

*Insert ¶ #*

3

4

5

6

7

8

9

10

11

*Insert ¶ #*

12

13

14

15

16

17

18

19

20

*Insert ¶ #*

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | **V. <u>CAUSES OF ACTION</u>** |
| 3 | |

**<u>FIRST CAUSE OF ACTION</u>**

( Civil Rights )

*insert title of cause of action*

**(As against Defendant(s):** _Donald Trump_

)

*Insert ¶ #* _____

*Insert ¶ #* _____

*Insert ¶ #* _____

1

## SECOND CAUSE OF ACTION

2 ( *Personal Injury* )

3 *insert title of cause of action*

(As against Defendant(s): *Donald Trump*

4

5 )

6

7 *Insert ¶ #*

8

9

10

11

12

13

14 *Insert ¶ #*

15

16

17

18

19

20 *Insert ¶ #*

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | # THIRD CAUSE OF ACTION |
| | ( _____ ) |
| 3 | *insert title of cause of action* |
| 4 | **(As against Defendant(s):** _____ |
| | _____ ) |

1

2

3

4

5

6

7    *Insert* ¶ # _____

8    _____

9    _____

10   _____

11   _____

12

13

14   *Insert* ¶ # _____

15   _____

16   _____

17   _____

18   _____

19

20   *Insert* ¶ # _____

21   _____

22   _____

23   _____

24   _____

25

26

27

28

1

## __FOURTH CAUSE OF ACTION__

2   (_____)
*insert title of cause of action*

3   **(As against Defendant(s):** _____

4   _____)

5

6

7   _____
*Insert ¶ #*

8

9

10

11

12

13

14   _____
*Insert ¶ #*

15

16

17

18

19

20   _____
*Insert ¶ #*

21

22

23

24

25

26

27

28

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _9/15/19_____

Sign: _Hong Gan_____
Print Name: _Hong Gan_____

Plaintiff in pro per